# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: Sergey Kaluzny
Charlotte

Date: April 19, 2018

Case ID No.: CE-2217313

Lab No.: 2017-02934-7

Communication(s): October 11, 2017

Agency Reference(s):

Subject(s): Michael Christopher Estes

Victim(s): Asheville Regional Airport

Discipline(s): Explosives Device

FBI Laboratory Evidence Designator(s):

| | |
|---|---|
| Item 1 | Steel wool and nails (1B2/ E6008816) |
| Item 1-1 | Tape removed from Item 1 (1B2/ E6008816) |
| Item 2 | Shotgun shell (1B2/ E6008816) |
| Item 3 | Steel wool and nails (1B3/ E6008817) |
| Item 3-1 | Tape removed from Item 3 (1B3/ E6008817) |
| Item 4 | Shotgun Shell (1B3/ E6008817) |
| Item 5 | Plastic bag (1B4/ E6008818) |
| Item 6 | Plastic bag (1B5/ E6008819) |
| Item 7 | Steel wool and nails (1B6/ E6008820) |
| Item 7-1 | Tape removed from Item 7 (1B6/ E6008820) |
| Item 7-2 | Plastic cup and shotgun shells (1B6/ E6008820) |
| Item 8 | Steel wool and nails (1B7/ E6008821) |
| Item 8-1 | Tape removed from Item 8 (1B7/ E6008821) |
| Item 8-2 | Plastic cup and shotgun shells (1B7/ E6008821) |
| Item 9 | Plastic Bag (1B8/ E6008822) |
| Item 10 | Steel wool and nails (1B9/ E6008823) |

| | |
|---|---|
| Item 10-1 | Tape removed from Item 10 (1B9/ E6008823) |
| Item 11 | Shotgun shell (1B9/ E6008823) |
| Item 12 | Battery and cardboard (1B10/ E6008824) |
| Item 12-1 | Tape removed from Item 12 (1B10/ E6008824) |
| Item 12-2 | Tape removed from Item 12 and Item 12-1 (1B10/ E6008824) |
| Item 12-3 | Matches from Item 12 (1B10/ E6008824) |
| Item 12-4 | Alarm clock (1B10/ E6008824) |
| Item 13 | Two (2) swabs (1B11/ E6008825) |
| Item 14 | Pink colored gel (1B12/ E6008826) |
| Item 15 | Glass container, alarm bell, plastic bag, match strike plate, cardboard (1B13/ E6008827) |
| Item 15-1 | Tape removed from Item 15 (1B13/ E6008827) |
| Item 15-1-1 | Tape removed from Item 15-1 (1B13/ E6008827) |
| Item 15-1-2 | Tape removed from Item 15-1 (1B13/ E6008827) |
| Item 15-2 | Tape removed from Item 15 (1B13/ E6008827) |
| Item 15-3 | Piece of cardboard from Item 15 (1B13/ E6008827) |
| Item 16 | Brown colored prills (1B13/ E6008827) |
| Item 17 | Trace - Hairs/Fibers Secondary Evidence (11 slides) |

This report contains the final results of the hazardous device examinations performed in the Explosives Unit.

**Background Information**:

On October 6, 2017, FBI Asheville RA received a notification regarding a suspicious package outside a terminal of the Asheville Regional Airport. Asheville Police Department bomb technicians responded to the scene and rendered the suspicious package safe. Evidence was collected and forwarded to the FBI Laboratory for forensic analysis.

**Conclusion**:

It is the opinion of this Explosives and Hazardous Device Examiner that present within the submitted items of evidence are the disassembled remains of one (1) improvised incendiary device (IID). This IID consists of an ignitable gel and a fuzing system capable of creating a flame. Properly assembled and deployed, this IID is capable of causing property damage and personal injury.

**Results of Examination**:

**Ignitable Gel**:

Item 14 was consistent with fire starter gels containing ethanol, upon direct contact with a flame, the gel within Item 14 ignited. For detailed chemical analyses on Item 14, see FBI Laboratory Report of Examination under case record 2017-02934-3, by Raleigh Parrott II, Explosives Unit, dated January 9, 2018. (RP)

**Fuzing System:**

A fuzing system allows the person placing the device with a time delay to safely leave the scene prior to the functioning of the IID. In general, a fuzing system will provide the required stimulus to initiate an IID. Fuzing systems can be mechanical, chemical, and/or electrical.

Present within the submitted items of evidence are components of a time delay non-electric fuzing system consisting of a modified alarm clock and a bundle of matches. The alarm clock was modified by adding a bundle of match sticks to where the bell mechanism was removed. When the alarm sounded at a predetermined time, the bell arm with attached match sticks would shake against the match strike plate causing the match sticks to ignite. When the match sticks burn, they have the potential to ignite the ignitable gel which was also preset. The following describes the non-electric fuzing system components:

Item 12 contained one (1) AA "RAYVAC" battery. One (1) AA battery is required to operate the modified alarm clock described in item 12-4.

Present in Item 12-4 is a modified analog alarm clock measuring approximately 5.50 inches long with a diameter of 2.14 inches. The alarm clock was modified by the removal of the attached bell and replaced with match sticks. The following manufacturer markings were observed on Item 12-4:

"SHARP"

"QUARTZ"

"MODEL: SPC800"

"MADE IN CHINA"

Present in Item 12-3 are ten (10) match sticks measuring 2.25 inches in length. These match sticks were bundled together and attached to the alarm clock.

Present within Item 15 and Item 15-3 are two (2) pieces of a match strike plate each measuring approximately 3.75 inches in length by 1.25 inches in width. The phrase "FOR GOD AND COUNTRY" was written on Item 15-3 with black colored ink. The following manufacturer markings were observed on Item 15-3:

"JARDEN HOME BRANDS FISHERS, IN 46037"

"WWW.DIAMONDBRANDS.COM"

"CAUTION: CLOSE BOX BEFORE STRIKING"

Also present within Item 15 is a piece of cardboard measuring approximately 4.25 inches long by 2.25 inches wide. The following manufacturer markings were observed:

"...AMOND"

"STRIKE ON BOX MATCHES"

"250 COUNT LARGE KITCHEN MATCHES"

**Miscellaneous:**

Present within Item 15 is a glass container with a locking lid measuring approximately 9.50 inches in length by 5.0 inches in width. No manufacturer markings were observed on the container. The following submitted items were contained inside the glass container separated from the fuzing system and ignitable gel: Items 1, 1-1, 2, 3, 3-1, 4, 7, 7-1, 7-2, 8, 8-1, 8-2, 10, 10-1, 11, 13, and 16.

Present within Items 1, 3, 7, 8, and 10 are varies pieces of material visually consistent with steel wool ranging in length from 4.50 to 8.0 inches in length.

Present within Items 2, 4, 7-2, 8-2, and 11 are eight (8) red colored shells visually consistent with shotgun shells. The following manufacturer markings were observed on the head stamp of Item 11:

"WIN"

"H S"

"410"

Present within Items 1-1, 3-1, 7-1, 8-1, 10-1, 12-1, 15-1, 15-1-1, and 15-1-2 are numerous lengths of gray colored duct tape measuring approximately 1.87 inches in width.

Present within Item 12-2 and 15-2 are pieces of white colored tape visually consistent with duct tape measuring approximately 1.87 inches in width. The following phrase was written on Item 12-2 with black colored ink:

"FOR ALL THE V/N VETS OUT THERE!!!"

Present within Items 1, 3, 7, 8, and 10 are numerous nails ranging in size from approximately .76 inch to 1.75 inches in length.

Present within Items 5, 6, 9, and 15 are four (4) bags visually consistent with plastic grocery bags. Each bag contained the following manufacturer markings:

"WALMART PAY TM"

"PAY FOR YOUR PHONE"

"GET THE WALMART APP TODAY"

Present within Items 7 and 8 are two clear colored (2) nine ounce plastic cups measuring approximately 3.62 inch in length by 3.0 inch in diameter.

Present in Item 13 were residues identified as ammonium and nitrate ions. The presence of these ions is consistent with residues of ammonium nitrate. However, ammonium and nitrate ions could be inherent to the collection environment. For detailed chemical analyses on Item 13, see FBI Laboratory Report of Examination under case record 2017-02934-3, by Raleigh Parrott II, Explosives Unit, dated January 9, 2018. (RP)

Item 16 was consistent with a fertilizer containing ammonium nitrate and a component consistent with dolomite. When mixed properly, an ammonium nitrate based fertilizer and a fuel can make an explosive mixture. For detailed chemical analyses on Item 16, see FBI Laboratory Report of Examination under case record 2017-02934-3, by Raleigh Parrott II, Explosives Unit, dated January 9, 2018. (RP)

**Methods:**

The methods utilized during the analysis of the submitted specimen included the examination of photographs, visual and physical inspections, physical measurements, comparison of observable physical characteristics, and review of references.

**Interpretations and Limitations:**

Due to the absence of alterations of specific manufacturer or other unique markings on items of evidence, conclusive identification of the source of an item may not always be effected in every case. Conclusive determinations of the exact design and functioning of a rendered safe or disassembled improvised incendiary device may not be effected in every case due to the

conditions of the components. Item source identifications have not been confirmed with their distributor or manufacturer unless stated in this report.

**Remarks:**

For questions about the content of this report, or the status of your submission please contact Forensic Examiner David P. DeFusco at (703)632-7965.

The evidence will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

The work described in this report was conducted at the Quantico Laboratory.

David P. DeFusco
Explosives Unit