# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: Sergey Kaluzny
Charlotte

Date: January 9, 2018

Case ID No.: CE-2217313

Lab No.: 2017-02934-3

Communication(s): October 11, 2017

Agency Reference(s):

Subject(s): Michael Christopher Estes

Victim(s): Asheville Regional Airport

Discipline(s): Explosives Chemistry

FBI Laboratory Evidence Designator(s):

| | |
|---|---|
| Item 13 | Two (2) swabs (1B11/ E6008825) |
| Item 14 | Pink colored gel (1B12/ E6008826) |
| Item 16 | Brown colored prills (1B13/ E6008827) |

This report contains the results of chemistry examinations conducted in the Explosives Unit.

**Results of Examinations:**

Residues of the ammonium and nitrate ions were identified on Item 13. The presence of these ions is consistent with residues of ammonium nitrate. However, ammonium and nitrate ions could be inherent to the collection environment.

Item 14 was consistent with fire starter gels containing ethanol. Upon direct contact with flame, the gel within Item 14 ignited.

Item 16 was consistent with a fertilizer containing ammonium nitrate and a component consistent with dolomite.

When mixed properly, an ammonium nitrate based fertilizer and a fuel can make an explosive mixture.

The terminology "consistent with" does not imply an identification of a specific chemical or product. A substance is "consistent with" a material when the analytical data does



- Lab Report-Released-(59042).pdf

not support an identification of a specific chemical or product, but does provide reliable information to include the substance within a class of materials. The phrase "consistent with" is also used when an appropriate reference standard could not be obtained.

Two or more of the following techniques were utilized during the analysis of the above items: visual and microscopic examinations, thermal susceptibility tests, Fourier transform infrared spectroscopy, X-ray diffraction, scanning electron microscopy with energy dispersive x-ray spectroscopy, headspace gas chromatography/mass spectrometry, gas chromatography with electron capture detection, and ion chromatography.

**Remarks:**

For questions about the content of this report, please contact Forensic Examiner Raleigh Parrott II at (703)632-7653.

For questions about the status of your submission, including any remaining forensic examinations and disposition of the evidence, please contact David P DeFusco at (703)632-7965.

Item 13 has been consumed during the examination process.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

The work described in this report was conducted at the Quantico Laboratory.

Raleigh Parrott II
Explosives Unit



Case 1:17-cr-00142-MOC-WCM Document 31-2 Filed 12/04/18 Page 2 of 2
- Lab Report-Released-(59042).pdf