# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: Corey Zachman
Charlotte

Date: November 28, 2018

Case ID No.: CE-2217313

Lab No.: 2017-02934-10

Communication(s): November 13, 2018

Agency Reference(s):

Subject(s): Michael Christopher Estes

Victim(s): Asheville Regional Airport

Discipline(s): Explosives Chemistry

FBI Laboratory Evidence Designator(s):

| | |
|---|---|
| Item 2 | Shotgun shell (1B2/ E6008816) |
| Item 4 | Shotgun Shell (1B3/ E6008817) |
| Item 7-2 | Plastic cup and shotgun shells (1B6/ E6008820) |
| Item 8-2 | Plastic cup and shotgun shells (1B7/ E6008821) |
| Item 11 | Shotgun shell (1B9/ E6008823) |
| Item 16 | Brown colored prills, within a metal can (1B13/ E6008827) |
| Item 18 | EU Secondary Evidence: two (2) unrinsed c-strips in two (2) crimped vials |

This report contains the results of ignitable liquid residue examinations conducted in the Explosives Unit.

**Results of Examinations:**

Items 2, 4, 7-2, 8-2, and 11 were not examined for ignitable liquid residues due to being processed throughout the FBI Laboratory previously to include examinations where these items could have come into contact with chemicals.

Item 16 was examined for ignitable liquid residues. This portion of the report supplements a FBI Laboratory report written on January 9, 2018 (Lab# 2017-02934-3) written by Raleigh Parrott II.

Residues of ethanol were identified within Item 16. Ethanol is present in numerous commercial and industrial products to include some fire starter gels and liquids. It cannot be determined the precise source of these residues.

The following techniques were utilized during the analysis of Item 16: visual examination, headspace sampling followed by analysis with headspace gas chromatography/mass spectrometry (GC/MS), and a passive adsorption/elution technique followed by analysis with GC/MS.

**Remarks:**

For questions about the content of this report, please contact Forensic Examiner Raleigh Parrott II at (703)632-7653.

The evidence is being retained, to include secondary evidence (Item 18).

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

The work described in this report was conducted at the Quantico Laboratory.

Raleigh Parrott II
Explosives Unit